

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ABEL LACHICA, | § | No. 08-21-00022-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th District Court |
| IRASEMA MEDINA, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017DCDM3579) |
| | § | |

§

## **O R D E R**

The Court on its own motion REINSTATES the above styled and numbered cause. The opinion remains pending.

IT IS SO ORDERED this 18th day of October, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.